990 A.2d 723

**COMMONWEALTH of Pennsylvania, Respondent**

**v.**

**Jennifer L. DEMMITT, Petitioner.**

**Commonwealth of Pennsylvania, Respondent**

**v.**

**Gerald Eugene Jacobs, Jr., Petitioner.**

Supreme Court of Pennsylvania.

March 9, 2010.

## *ORDER*

PER CURIAM.

AND NOW, this 9th day of March, 2010, the Petitions for Allowance of Appeal are **GRANTED.** The Orders of the Superior Court are **VACATED,** and the cases are **REMANDED** to the trial court for proceedings consistent with *Commonwealth v. Haag,* 981 A.2d 902 (Pa.2009).